Opinion issued August 28, 2014



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00266-CV

————————————

**JOEL A. STOLARKSI AND ELLEN C. STOLARSKI, Appellants**

**v.**

**RONALD BELDEN, INDIVIDUALLY AND ON BEHALF OF RBLB II, INC. D/B/A BELDEN AUTOMOTIVE AND TIRE AND TEXAS RLB INVESTMENTS, L.P., Appellees**

---

**On Appeal from the 73rd District Court**
**Bexar County, Texas**
**Trial Court Case No. 2011-CI-10586**

---

## MEMORANDUM OPINION

Appellants have filed a motion to dismiss the appeal. No opinion has issued.

Further, although appellants failed to include a certificate of conference in their

motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle